**Joao Carlos PEREIRA, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

**No. 06–71359.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 20, 2007 *.

Filed Jan. 8, 2008.

James Phillips Vaughns, Esq., Oakland, CA, for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, District Counsel, Office of the District Chief Counsel, U.S. Department of Homeland Security, Phoenix, AZ, Jonathan F. Potter, Esq., Paul F. Stone, DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GOODWIN, WALLACE, and HAWKINS, Circuit Judges.

MEMORANDUM **

Joao Carlos Pereira seeks review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We dismiss the petition for review.

We lack jurisdiction to review the BIA's denial of Carlos Pereira's motion to reopen, which introduced further evidence of his attempts at rehabilitation. *See Fernandez v. Gonzales,* 439 F.3d 592, 600 (9th Cir.2006) ("Section 1252(a)(2)(B)(i) ... bars jurisdiction where the question presented is essentially the same discretionary issue originally decided.")

Our conclusion that we lack jurisdiction to review the BIA's denial of reopening forecloses Carlos Pereira's argument that the BIA denied him due process by failing to explain adequately its reasons for denying the motion. *See Fernandez,* 439 F.3d at 603–04.

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.